# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 24-5542-JPR**                                             Date: **October 10, 2024**

Title:  **Luminare Health Benefits Inc v. Nicholas Barlow et al.**

===============================================================

**DOCKET ENTRY: Order to Show Cause re Service**

===============================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:             ATTORNEYS PRESENT FOR DEFENDANTS:
         None present                                                             None present

**PROCEEDINGS: (IN CHAMBERS)**

   On June 28, 2024, Plaintiff filed this ERISA action against a business entity and its owner.  Under Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve the Complaint on Defendants by no later than September 30 and file proof of service therafter.  See also Fed. R. Civ. P. 4(l)(1) (requiring proof of service by affidavit).  It has not filed any proof of service, nor have Defendants appeared in any way.

   No later than seven days from the date of this order, Plaintiff must show cause in writing why this lawsuit should not be dismissed for failure to effect service and failure to prosecute.  Filing of proof of service of the Complaint will automatically discharge the OSC.  If Plaintiff does not timely respond one way or another to the OSC, this lawsuit will likely be dismissed.

MINUTES FORM 11                                                             Initials of Deputy Clerk:   bm
CIVIL-GEN