UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5542-GW-BFMx | Date | January 7, 2025 |
|---|---|---|---|
| Title | *Luminare Health Benefits, Inc. v. Nicholas Barlow, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [24] was filed on January 6, 2025. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 75 days. The Court sets an order to show re: settlement hearing for March 27, 2025 at 8:30 a.m. The parties are to file a stipulation to dismiss, or a joint status report by noon on March 25, 2025.

|  | : |
|---|---|
| Initials of Preparer | JG |