JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINARE HEALTH BENEFITS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS BARLOW, et al., <br><br> Defendants. | Case No. CV 24-5542-GW-BFMx <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon Plaintiff's Notice of Dismissal with Prejudice [27] filed on February 11, 2025, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: February 12, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE